# United States District Court
## Violation Notice

**CVB Location Code:** M4B

**Violation Number:** FBFM009V
**Officer Name:** Widowski
**Officer No.:** 2268

FBFM009V

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/06/2025 18:23
**Offense Charged:** FED 36CFR261.12G
**Place of Offense:** Delmoe Lake Road

**Offense Description: Factual Basis for Charge**
Operating uninsured vehicle

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** STALHEIM
**First Name:** JENNIFER
**M.I.:**

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex  M ☐  F ☐
Race  Hair  Eyes  Height  Weight

### VEHICLE
**VIN:** 2FTZX18W6WCA77460   CMV ☐

**Tag No.:** EFU322
**State:** MT
**Year:** 1998
**Make/Model:** FORD/F150
**PASS:** ☐
**Color:** TAN

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 285.00  Forfeiture Amount
$ 30.00   Processing Fee
**PAY THIS AMOUNT**  $ 315.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBFM009V

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    08/06/2025    while exercising my duties as a law enforcement officer in the   _____    District of    MT

Pursuant to 16USC 551: In the Beaverhead-Deerlodge National Forest, I found Ms. Jennifer L. Stalheim to be operating an uninsured vehicle while on National Forest lands.

While on patrol along Delmoe Lake Road I came upon some campers who appeared to possibly be residing on National Forest lands. The camp appeared to be well established and there seemed to be many personal (non-camping) items at the campsite and in the bed of a Ford pickup truck that was parked there as well. After introducing myself to the campers and questioning them about their camping intentions I discovered that the woman camping, Ms. Stalheim, who also owned and drove the truck to the campsite, had no insurance on the truck. I informed her of the Montana state law that required all vehicles to have valid insurance.

I cited Ms. Stalheim for operating an uninsured vehicle while on National Forest lands [36 CFR 261.12g].

The foregoing statement is based upon:

    MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    08/06/2025
    Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:    _____
    Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident